IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CYNTHIA ANN PROPPS | * | CIVIL NO. SAG-21-1744 |
|   Plaintiff | * | |
| | * | |
| Vs | * | |
| | * | |
| BILLY EUGENE KIRKPATRICK | | |
|   Defendant | * | |

ORDER OF DEFAULT

  It appearing from the records and/or affidavit of Plaintiff that the Complaint and Summon was properly served upon the above named defendant on <u>July 21, 2021;</u> and the time for said defendant to plead or otherwise defend expired on <u>August 11, 2021,</u> and that said defendant has failed to plead or otherwise defend as directed in said Summon and as provided by the Federal Rules of Civil Procedure.

Therefore, upon the request of the Plaintiff, and pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, it is ORDERED that the default for want of answer or other defense by said defendant is entered this <u>13th</u> day of September<u>, 2021.</u>

                        CATHERINE STAVLAS, CLERK OF COURT

      By: _____/s/_____
              Martina Smith
              Deputy Clerk