**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| CYNTHIA ANN PROPPS,<br><br>       Plaintiff,<br><br>   v.<br><br>BILLY EUGENE KIRKPATRICK.<br><br>       Defendant. | Case No. 1:21-cv-01744-SAG |

**JOINT PRAECIPE ADVISING OF SETTLEMENT**

**TO THE CLERK OF THE COURT:**

The Plaintiff, Cynthia Ann Propps, and the Defendant, Billy Eugene Kirkpatrick, by and through their respective undersigned attorneys, jointly notify the Court that they have reached a settlement agreement in the above-referenced matter, given the pending Motions listed below, which will become moot with the anticipated filing of a Stipulation of Dismissal with prejudice upon both the execution of the necessary closing documents and actual payment of the settlement funds:

1. Plaintiff's Motion to Exclude Defendant's Expert filed on January 31, 2022 (Docket No. 27); Defendant's Opposition filed on February 14, 2022 (Docket No. 30); Plaintiff's Reply filed on February 28, 2022 (Docket No. 34).

2. Defendant's Motion to Extend Defendant's Rule 26(a)(2) Disclosure Deadline filed on February 14, 2022 (Docket No. 31); Plaintiff's Opposition filed on February 28, 2022 (Docket No. 36); Defendant's Reply filed on March 14, 2022 (Docket No. 39).

3. Defendant's Motion for Summary Judgment filed on February 28, 2022 (Docket No. 35); Plaintiff's Opposition filed on March 11, 2022 (Docket No. 37); Defendant's Reply filed on March 25, 2022 (Docket No. 40).

Respectfully submitted,

**GRENIER LAW GROUP, PLLC**

*/s/ Peter Grenier/mtg*

Peter C. Grenier, Esq., Bar # 08318
David W. Blum, Esq., Bar # 21918
1920 L Street, NW, Suite 750
Washington, DC 20036
(202) 768-9600 telephone
(202) 768-9604 facsimile
pgrenier@grenierlawgroup.com
dblum@grenierlawgroup.com
*Attorneys for Plaintiff*

**BUDOW AND NOBLE, P.C.**

*/s/ Laura Jacobs*

Laura Basem Jacobs, Esq., Bar # 03142
Marie-Therese Goff, Esq., Bar # 20524
Twinbrook Metro Plaza
12300 Twinbrook Parkway, Suite 540
Rockville, Maryland 20852
(301) 654-0896 telephone
(301) 907-9591 facsimile
LJacobs@BudowNoble.com
MGoff@BudowNoble.com
*Attorneys for the Defendant,*
*Billy Eugene Kirkpatrick*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of April, 2022, a copy of the foregoing *Joint Praecipe Advising of Settlement* was served via the Court's electronic filing system on:

Peter C. Grenier, Esq.
David W. Blum, Esq.
Grenier Law Group, PLLC
1920 L Street, NW, Suite 750
Washington, DC 20036
*Attorneys for Plaintiff*

_____
Laura Basem Jacobs, Esq., Bar # 03142
Marie-Therese Goff, Esq., Bar # 20524
Twinbrook Metro Plaza
12300 Twinbrook Parkway, Suite 540
Rockville, Maryland 20852
(301) 654-0896 telephone
(301) 907-9591 facsimile
LJacobs@BudowNoble.com
MGoff@BudowNoble.com
*Attorneys for the Defendant,*
*Billy Eugene Kirkpatrick*